AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LORI STRAUB,**

        **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

vs.

                              **CASE NO.  C2-10-620**

**CITIFINANCIAL AUTO**             **JUDGE EDMUND A. SARGUS, JR.**
**CREDIT, INC.**                      **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed February 9, 2011, JUDGMENT is hereby entered DISMISSING this case.**


Date: February 9, 2011                           JAMES BONINI, CLERK


                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk